[2013]; *cf. Matter of Nicolette I. [Leslie I.]*, 110 AD3d 1250, 1255 [2013]; *Matter of Taylor v Jackson*, 95 AD3d 1604, 1604-1605 [2012]), and we thus reject the mother's contention that the matter should be remitted to the court to fashion a more specific visitation schedule (*see Matter of Moore v Kazacos*, 89 AD3d 1546, 1547 [2011], *lv denied* 18 NY3d 806 [2012]). If the mother is unable to obtain "access with the child as the parties can agree and arrange" pursuant to the order in appeal No. 1, she may file a petition seeking to enforce or modify the order (*see id.*; *see generally Matter of Gelling v McNabb*, 126 AD3d 1487, 1487-1488 [2015]). Finally, to the extent that the mother contends in appeal Nos. 2 and 3 that the court erred in dismissing her petitions, we conclude that her contention is without merit. Present—Smith, J.P., Peradotto, DeJoseph, Troutman and Scudder, JJ.

**54** In the Matter of FELICIA SMALL, Appellant, v MADELYN THOMAS, Respondent. (Appeal No. 2.) [38 NYS3d 463]—Appeal from an order of the Family Court, Erie County (Michael F. Griffith, A.J.), entered April 24, 2014 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Thomas v Small* ([appeal No. 1] 142 AD3d 1345 [2016]). Present—Smith, J.P., Peradotto, DeJoseph, Troutman and Scudder, JJ.

■ In the Matter of FELICIA SMALL, Appellant, v ERIC PEARSON, SR., Respondent. (Appeal No. 3.) [38 NYS3d 465]—Appeal from an order of the Family Court, Erie County (Michael F. Griffith, A.J.), entered April 24, 2014 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Thomas v Small* ([appeal No. 1] 142 AD3d 1345 [2016]). Present—Smith, J.P., Peradotto, DeJoseph, Troutman and Scudder, JJ.

■ AMIE E. WIRTH, Appellant, v WAYSIDE PUB, INC., Doing Business as SMART'S WAYSIDE INN, et al., Respondents, et al., Defendants. [38 NYS3d 302]—

Appeal from an order of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered August 6, 2015. The order granted the motion of defendants Wayside Pub, Inc., doing